UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R. EHLERS,<br><br>　　　　　　Defendant. | No. 2:21-cv-00146-JAM-JDP (PC)<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On August 16, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 16, 2021, are adopted in full;

2. Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is denied for the reasons set forth in the March 15, 2021 order.

3. Plaintiff shall pay the $402 filing fee within twenty-one days of the date of this order; and

4. Failure to pay the $402 filing fee within twenty-one days will result in dismissal of this action without prejudice.

Dated: October 29, 2021           /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE