1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROGELIO MAY RUIZ,                    No.  2:21-cv-00146-JAM-JDP (PC)

12              Plaintiff,

13         v.                              ORDER

14    R. EHLERS,

15              Defendant.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On November 1, 2021, the Court denied plaintiff's application for leave to proceed in

21    forma pauperis because plaintiff is a three-strikers litigant within the meaning of 28 U.S.C. §

22    1915(g).  ECF No. 13.  Plaintiff was granted twenty-one days in which to pay the $402 filing fee

23    for this action and warned that failure to timely submit the fee would result in dismissal of this

24    action.  *Id*.  Plaintiff has not paid the filing fee, and the allotted time has passed.

25    ///

26    ///

27    ///

28    ///

1

Accordingly, it is hereby ORDERED that this action is dismissed without prejudice for failure to pay the filing fee.

Dated:  December 29, 2021              /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE